No. 31,686

THE CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY, *Appellee*, v. BERYL PAUL, as County Treasurer of Dickinson County, et al., *Appellants*.

(37 P. 2d 1119)

Opinion on rehearing filed November 17, 1934. (For original opinion of reversal see 139 Kan. 795, 33 P. 2d 304.)

*E. S. Crawford*, of Abilene, for the appellants.
*Luther Burns, J. E. DuMars*, both of Topeka, and *Paul H. Royer*, of Abilene, for the appellee.

The opinion of the court was delivered by

DAWSON, J.: For reasons which appeared sufficient, a rehearing of this appeal was allowed; and after further argument on behalf of appellee the court remains satisfied with its judgment of reversal, and that judgment is adhered to accordingly.